# Ex Parte Rodríguez.

## Appeal from the District Court of San Juan.

### No. 70.—Decided March 10, 1904.

Dominion Title—Possession to Acquire the Same.—The quiet and peaceable possession of an estate by the petitioner for the period of five months, without other evidence, is not sufficient to justify a declaration of ownership of the same.

### STATEMENT OF THE CASE.

This is a proceeding instituted in the District Court of San Juan at the instance of Miguel Rodríguez Rivera for the purpose of establishing his ownership of a rural estate, which case is pending before us on appeal taken by counsel for the

referido Tribunal de Distrito, que copiada á la letra dice así:

"Puerto Rico, treinta de Junio de mil novecientos tres. *Resultando*: que Don Miguel Rodríguez y Rivera presentó escrito diciendo es dueño y posee hace más de dos meses una finca rústica en la Carolina, barrio de San Antón, de trece cuerdas de tercera clase, colindante por el Este con terrenos de la sucesión de Doña Josefa Ruiz: al norte la quebrada San Antón: al oeste un caño que la separa de la finca de Don Miguel Fernández y al sur la citada Sucesión de Doña Josefa Ruiz, siendo su valor ,ciento sesenta dollars: que lo adquirió por compra á Don Felipe Reyes, según documento privado otorgado el treinta de Junio de mil novecientos dos, y careciendo de título escrito promueve información. *Resultando*: que admitida con citación Fiscal, de las personas de quién los bienes proceden y los que tengan algún derecho real, y de los colindantes, se ordenó la convocatoria y practicadas las citaciones, declaran dos testigos ser ciertos adquirió de Reyes la finca, poseyéndola quieta y pacíficamente, sin expresar tiempo de posesión del vendedor, pero sí que hace cinco meses el promovente la adquirió de Reyes. *Considerando*: que no resulta de la prueba justificación para acceder á la declaratoria de dominio que se solicita, pues la posesión de cinco meses del promovente, ó sea del tiempo que la adquirió, sin otra comprobación, no basta para dar por acreditado el dominio. No ha lugar á la declaración del dominio que se solicita. Lo acordaron y firman los Sres. Jueces del Tribunal, de que certifico: Juan Morera Martínez, Frank H. Richmond, José Tous Soto y Luis Mendez Vas".

*Resultando*: que contra esta sentencia interpuso apelación la representación del promovente, y admitido el recurso libremente y en ambos efectos, se elevaron los autos á esta Superioridad, con citación y emplazamiento de las partes, y que personado el apelante, y sustanciado en forma el recurso, señaló día para la vista, con citación de las partes, cuyo acto se celebró con asistencia del Sr. Fiscal de este Tribunal Supremo, no habiendo comparecido el abogado defensor de la parte apelante.

petitioner from the judgment rendered' by said district court, which reads as follows:

"Porto Rico, June 30, 1903. Miguel Rodríguez Rivera filed a petition stating that he is the owner and has possessed for over two months an estate in Carolina, *barrio* 'San Antón,' consisting of thirteen *cuerdas* of third-class land of which the boundaries were: On the east, lands belonging to the estate of Josefa Ruiz; on the north, the 'San Antón' brook; on the west, a creek separating said property from that of Miguel Fernández; and on the south, the aforesaid estate of Josefa Ruiz; which piece of land was valued at one hundred and sixty dollars; that he had acquired the same by purchase from Felipe Reyes, according to private document executed June 30, 1902, and as he had no written title thereto, he instituted proceedings to secure dominion title. The court admitted the petition and ordered the citation of the *Fiscal,* the persons from whom the property was acquired, and such as might have any property right therein, and the adjacent property owners, which being done, two witnesses testified at the proceedings that it was true that the property had been acquired by the petitioner from Reyes, and that he had been in the quiet and peaceable possession thereof, without stating the time during which it had been in the possession of the vendor, but that the petitioner had acquired it from Reyes five months prior to the institution of the proceedings. The court's decision was to the following effect:

"The evidence is not such as would justify the declaration of ownership applied for, inasmuch as possession by the petitioner for five months, or since he had acquired the property, without further evidence, is not enough to prove ownership thereof. The petition for the declaration of ownership applied for is dismissed. Approved and signed by the judges of the court, to which I certify. Juan Morera Martínez, Frank H. Richmond, José Tous Soto.—Luis Méndez Vaz."

From this decision the petitioner's attorney took an appeal, which being admitted for a review and stay of proceedings, the record was forwarded to the Supreme Court with citation of the parties, and the appellant having appeared and the appeal having been heard, and a day set for the hearing on appeal, which took place, the *Fiscal* of the Supreme Court being present, while counsel for appellant failed to appear.

Abogado del apelante: *Sr. Ginorio (Emigdio S.)*

Abogado del Pueblo: *Sr. del Toro* (Fiscal).

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia apelada.

*Visto* el Artículo 395 de la Ley Hipotecaria, la Orden Judicial de 4 de Abril de 1899 y las demás disposiciones aplicables del Código Civil vigente en esta Isla.

*Fallamos*: que debemos confirmar y confirmamos la sentencia apelada con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.

---

El Pueblo *v.* Rodríguez.

Apelación procedente de la Corte de Distrito de Humacao.

No. 2.—Resuelto en Marzo 11, 1904.

Apelacion.—Pliego de Excepciones.—Errores Manifiestos.—No habiendo en los autos pliego de excepciones, ni apareciendo de los mismos que se haya cometido error alguno, la sentencia apelada debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro* (Fiscal).

La parte apelante no compareció.

El Juez Asociado Sr. Sulzbacher emitió la siguiente opinión.

El acusado, Luis Rodríguez, fué debidamente juzgado y condenado por la Corte de Distrito de Humacao, por hurto de mayor cuantia; hizo moción apelando á este Tribunal. No se encuentra en los autos pliego de excepciones, ni escrito alguno, refiriéndose á error cometido por el Tribunal sentenciador. Esta Corte Suprema no encuentra error alguno, y

*Mr. Ginorio (Emigdio S.),* for appellant.

*Mr. del Toro, Fiscal,* for the People.

MR. CHIEF JUSTICE QUIÑONES, after making the above statement of facts, delivered the opinion of the court.

The findings of fact and conclusions of law upon which the decision is based are accepted.

In view of article 395 of the Mortgage Law, the Judicial Order of April 4, 1899, and other provisions of the Civil Code in force in this Island, applicable to the case, we adjudge that we should affirm and do affirm the decision appealed from, with costs against appellant.

Justices Hernández, Figueras, Sulzbacher and MacLeary concurred.